**Opinion issued May 7, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00453-CV

———————————

**DON MCCAFFETY, Appellant**

**V.**

**GEORGE BARNSTONE, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-48731**

---

### MEMORANDUM OPINION

This is an appeal from the trial court's final summary judgment order signed on March 12, 2019. Appellant's brief was originally due on November 12, 2019. Appellant filed a pro se motion to abate the appeal and remand to the trial court for a new trial. The Court denied this motion on November 19, 2019. On February 25,

2020, we issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.